ness Buchman at one place of his cross-examination testified that he did not see the defendant's cab until the collision, he added immediately that he both saw and felt it, and that he must have seen it before he felt it (folios 186, 187). Moreover, his testimony at folios 156, 159, 163, 164, implies that he saw the defendant's cab before the collision.

---

William J. WILSON, Applt., v. SHUBERT-ANDERSON CO., Respt. (Supreme Court, Appellate Division, First Department. December 30, 1915.) Judgment affirmed, with costs. No opinion. Order filed.

---

Elsa WITTGREN, as administratrix, etc., of Nies Bernhard Wittgren, deceased, respondent, v. WELLS BROTHERS COMPANY OF NEW YORK, appellant. (Supreme Court, Appellate Division, Second Department. December 17, 1915.) Judgment and order reversed, and new trial granted, costs to abide the event, solely upon the ground that the verdict is for excessive damages, unless the plaintiff stipulate within 20 days that the verdict be reduced to the sum of $12,500, in which event the judgment as so modified, and the order, are unanimously affirmed without costs. Jenks, P. J., and Carr, Stapleton, Mills, and Rich, JJ., concur.

---

Elsa WITTGREN, as administratrix, etc., of Nies Bernhard Wittgren, deceased, respondent, v. WELLS BROTHERS COMPANY OF NEW YORK, appellant. (Supreme Court Appellate Division, Second Department. January 7, 1916.) Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. ` Putnam, J., taking no part.

---

Harry WOLF, an infant, by Mary Wolf, his guardian ad litem, appellant, v. BRADLEY CONTRACTING COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Judgment unanimously affirmed, with costs. No opinion.

---

WOLFF, Respondent, v. BENNETT, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by Mervyn Wolff against Fred S. Bennett, impleaded. No opinion. Orders affirmed, with $10 costs and disbursements. Order filed.

---

Mervyn WOLFF, Respt., v. Fred S. BENNETT, impld., Applt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

WOLFF v. DE VAUX. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by Mervyn Wolff against Noel J. De Vaux. No opinion. Motion denied, with $10 costs. Order filed. See, also, 155 N. Y. Supp. 1150.

---

Mervyn WOLFF, Respt., v. Noel J. DE VAUX, impld., Applt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

---

Jacob B. WOLFF, Respt., v. PRESS PUBLISHING CO., Applt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion. Order filed.

---

Minnie WOLFSON, Respt., v. AMERICAN DRUGGIST'S SYNDICATE and ano., Applts. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Judgment and order affirmed, with costs. No opinion. Order filed.

Soter YAN, an infant, by Thomas George, his guardian ad litem, respt., v. RATHBONE, SARD & CO. applt. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Judgment and order unanimously affirmed, with costs.

---

Frank L. YOUNG, respondent, v. The SENTINEL PRINTING COMPANY and T. George Barnes, appellants. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Orders affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Stapleton, Rich, and Putnam, JJ., concur.

---

In the matter of the claim of Anna ZIEGLER for compensation for herself and children for the death of John Ziegler, under the Workmen's Compensation Law, respondent, v. P. CASSIDY'S SONS, employer, and Employers' Liability Assurance Corporation, Ltd., insurance carrier, appellants. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Motion denied.

---

John ZIEMBORAK v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Motion granted, with $10 costs. Order filed.

---

PEOPLE ex rel. KILGALLON v. NUHN, Clerk of Municipal Court. (Supreme Court, Appellate Division, Second Department. March 10, 1916.) Appeal from Special Term, Kings County. Mandamus by the People, on relation